UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

TRACY J. BOUMA                                                                        PLAINTIFF

V.                                              CIVIL ACTION NO. 1:06CV520 LTS-RHW

STATE FARM FIRE & CASUALTY COMPANY                                   DEFENDANT

## MEMORANDUM OPINION AND ORDER

Nationstar Mortgage LLC has notified the Court through the November 11, 2006, letter [39] from its counsel that its loan to the plaintiff has been repaid in full and that its lien on the insured property will be released. In light of this information, it will not be necessary for this lender to participate in this action, and the interests of the remaining parties can be fully protected without the participation of this lender. State Farm Fire & Casualty Company's contention that this lender is still a necessary party has no sound factual support in this record.

Accordingly, it is hereby

**ORDERED** that the motion [4] of Defendant State Farm Fire & Casualty Company to dismiss this action for the failure to join this lender as a party is hereby **DENIED**; and

**ORDERED** that the Order [28] entered on October 12, 2006, setting out the options for this lender is hereby **VACATED**.

**SO ORDERED** this 21st day of December, 2006.

s/ L. T. Senter, Jr.
L. T. Senter, Jr.
Senior Judge